UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



AMBER G. WEBER AND JOYCE
SPRAGIS

VERSUS

RAY L. STEVENSON, ET AL

CIVIL ACTION

NO. 07-595-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 21, 2007 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff's Motion to Remand (doc. no. 4) is GRANTED and this matter is REMANDED to the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 14th day of December, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE